UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| Susan Chaffee, | ) | |
| | ) | Case No. 1:07-CV-0623 |
| Plaintiff, | ) | |
| | ) | Hon. Gordon J. Quist |
| v. | ) | U.S. District Judge |
| | ) | |
| Jo Anne B. Barnhart, | ) | Hon. Hugh W. Brenneman, Jr. |
| Commissioner of Social Security, | ) | U.S. Magistrate Judge |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58, judgment is hereby entered for Plaintiff, reversing the Commissioner's final decision and remanding this action to the Social Security Administration for further administrative proceedings, pursuant to the fourth sentence of 42 U.S.C. § 405(g).

DATED:  February 5         , 2007.

                                        /s/ Gordon J. Quist
                                        GORDON J. QUIST
                                        UNITED STATES DISTRICT JUDGE